IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Quanteny McConnell, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>City of Fort Mill, *et al.*, )<br>)<br>)<br>   Defendants. ) | Civil Action No. 9:16-2737-MGL<br><br><br>**ORDER** |

  Plaintiff Quanteny McConnell, ("Plaintiff"), proceeding *pro se*, brings this civil action pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Bristow Marchant, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (ECF No. 21). Objections to the Report were due by September 26, 2016. Plaintiff filed no objections to the Report.

  This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

  The Court has carefully reviewed the Magistrate Judge's Report and finds no error in the Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the

Magistrate Judge's Report and Recommendation is **ACCEPTED**, (ECF No. 21), and this action is thereby **DISMISSED** *without prejudice* pursuant to Rule 41(b).  Additionally, in light of the foregoing, all pending motions, including ECF No. 10, are properly terminated as **MOOT**.

    **IT IS SO ORDERED**.

                                                                 ____s/Mary G. Lewis____
                                                               United States District Judge

September 29, 2016
Columbia, South Carolina

*****
**NOTICE OF RIGHT TO APPEAL**

    The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.